# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ARHELY GONZALEZ-CUEVAS,** | **CASE NO.:** |
| Plaintiff, | |
| v. | **PETITION FOR REMOVAL BASED UPON DIVERSITY OF CITIZENSHIP** |
| **JAMES GLOVER AND ABF FREIGHT SYSTEM, INC.,** | |
| Defendants. | **JUNE 28, 2019** |

**TO:** Clerk of the United States District Court
District of Connecticut

NOW COME defendants/petitioners, JAMES GLOVER and ABF FREIGHT SYSTEM, INC., by and through their undersigned counsel, and respectfully petition this Honorable Court as follows:

1. Petitioners are the named defendants in a civil action captioned *Arhely Gonzalez-Cuevas v. James Glover, et al.*, which matter is being filed in the Connecticut Superior Court, Judicial District of Fairfield at Bridgeport (hereafter "the state court action"). The statutory return date in the state court action is July 30, 2019, but the Summons and Complaint (which are attached hereto as Exhibit A) have not yet been returned to court. Therefore, there is no assigned docket number as of yet.

2. The Complaint in the state court action sounds in negligence and arises from a motor vehicle accident alleged to have occurred January 14, 2018 on Interstate 91 in Wallingford. It is alleged that the Plaintiff was operating a passenger vehicle that was

rear ended by Defendant Glover., resulting in numerous personal injuries and losses. Defendant Glover is alleged to have been operating his vehicle in the course and scope of his employment/agency with Defendant ABF Freight System, Inc. Please see Complaint., Count One, ¶¶ 4 - 8.

3. The Plaintiff claims to have sustained severe and permanent injuries from this accident, including neck and back injuries, headaches, shoulder injury, transverse process fracture, disc herniations at spinal levels C5 and C6, and general pain and suffering, and that some or all of such injuries are permanent. *Complaint, Count One, ¶ 10 and 11.* It is alleged that the Plaintiff has incurred costs for medical care, and that her capacity to carry out life's activities and earn income have been reduced. Complaint, ¶ 12.

4. This action is being removed to the District Court pursuant to Title 28, United States Code § 1441(a). In support of this Petition for Removal, Petitioners respectfully state and represent to the Court as follows:

   a. By Complaint dated June 17, 2019, the Plaintiff filed suit against Petitioners. Service was accomplished on Petitioner ABF Freight System, Inc. on June 19, 2019. Service was accomplished upon Defendant James Glover on June 24, 2019. The Complaint seeks venue in the Connecticut Superior Court, Judicial Fairfield at Bridgeport.

   b. The Plaintiff is a resident of Bridgeport, Connecticut. *Please see Summons.*

   c. Petitioner James Glover is and at all times relevant was an individual residing and domiciled in York, Pennsylvania, and is a citizen of the Commonwealth of Pennsylvania.

  d. Defendant ABF Freight System, Inc., is an Arkansas corporation with its principal place of business being Fort smith, Arkansas.

5. In the Complaint, Plaintiff alleges that as a result of the subject accident and the negligence of the Defendants, she sustained certain serious injuries and losses as described in Paragraph 3 above. She has further alleged that some or all of these are likely are permanent. The Plaintiff further claims that she has sustained economic damages in the form of medical expenses, lost wages and loss of earning capacity. In view of the injury and damages claims being made, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6. This Court has original jurisdiction over this Action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between Plaintiff and Petitioners, and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

7. Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to Plaintiff's claims occurred within the State of Connecticut and Petitioners are subject to personal jurisdiction in Connecticut.

8. Pursuant to 28 U.S.C. §1446(d), Petitioners are obligated to notify the Connecticut Superior Court, Judicial District of Fairfield at Bridgeport, of the filing of this Petition. See Exhibit B. Petitioners cannot do so at this time because the summons and complaint have not yet been returned to the Bridgeport Superior Court clerk. Petitioner will file Exhibit B as soon as the state court action is returned to court, and will provide this Court with notice of that filing.

WHEREFORE, based upon the foregoing, Petitioners respectfully request that the state court action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of Fairfield at Bridgeport, be discontinued.

Respectfully submitted,

DEFENDANTS/PETITIONERS,
ABF FREIGHT SYSTEM, INC., AND
JAMES GLOVER

By: *Michael P. Kenney*
Michael P. Kenney, Esq.
Federal Bar No. ct26768
Ryan Ryan Deluca LLP
185 Asylum Street, 6th Floor
Hartford, CT 06103
Phone: 860-785-5150
mpkenney@ryandelucalaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARHELY GONZALEZ-CUEVAS, | CASE NO.: |
| Plaintiff, | |
| v. | PETITION FOR REMOVAL BASED UPON DIVERSITY OF CITIZENSHIP |
| JAMES GLOVER AND ABF FREIGHT SYSTEM, INC., | |
| Defendants. | JUNE 28, 2019 |

I hereby certify that on June 28, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A copy of the foregoing was served via First Class Mail, postage prepaid, upon:

Michael R. Denkovich, Esq.
Bradley, Denkovich & Karayiannis, PC
853 Fairfield Avenue
Bridgeport CT 06606
*Attorneys for the Plaintiff*

*Michael P. Kenney*
Michael P. Kenney, Esq.

Document1
8060.020

# EXHIBIT A

# SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Thomas A. Lyons
State Marshal
Fairfield County
A True Copy Attest

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| SUPERIOR COURT, 1061 MAIN STREET, BRIDGEPORT, CT 06604 | (203) 579-6527 | JULY 30, 2019 |

| ☒ Judicial District ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) BRIDGEPORT | Case type code (See list on page 2) Major: V   Minor: 01 |
|---|---|---|---|

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Bradley, Denkovich & Karayiannis, PC, 853 Fairfield Avenue, Bridgeport, CT 06604 | 437737 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| (203) 212-3617 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☐ Yes  ☒ No

Email address for delivery of papers under Section 10-13 (if agreed to)

Number of Plaintiffs: 1    Number of Defendants: 2    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: GONZALEZ-CUEVAS, ARHELY<br>Address: 310 DOVER STREET, BRIDGEPORT, CT 06610 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: GLOVER, JAMES<br>Address: 210 COPENHAFFER ROAD, YORK, PA 17404 | D-01 |
| Additional Defendant | Name: ABF FREIGHT SYSTEM, INC. - 3801 OLD GREENWOOD ROAD, FORT SMITH, AR 72903<br>Address: C/O CORPORATION SERVICE COMPANY, 50 WESTON STREET, HARTFORD, CT 06120-1537 | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left MICHAEL R. DENKOVICH | Date signed 06/17/2019 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

| | |
|---|---|
| RETURN DATE: JULY 30, 2019 | :    SUPERIOR COURT |
| ARHELY GONZALEZ-CUEVAS | :    J.D. OF FAIRFIELD |
| v. | :    AT BRIDGEPORT |
| JAMES GLOVER and<br>ABF FREIGHT SYSTEM, INC. | :    JUNE 17, 2019 |

## COMPLAINT

### COUNT ONE - ARHELY GONZALEZ-CUEVAS v. JAMES GLOVER

1. Plaintiff, Arhely Gonzalez-Cuevas is an individual residing within the Town of Bridgeport, County of Fairfield and State of Connecticut.

2. Defendant, John Glover is an individual residing within the County of York and State of Pennsylvania.

3. Defendant, ABF Freight System, Inc. is a foreign corporation doing business within the State of Connecticut, with a principal place of business located in the Town of Fort Smith Arkansas and has authorized the Corporation Service Company as its agent for service of process.

4. On or about January 14, 2018, the plaintiff, Arhely Gonzalez-Cuevas was the operator of a Dodge bearing Connecticut license plate number 2ABTW4 which was operating on Interstate 91 a public street or highway located in the Town of Wallingford, County of New Haven and State of Connecticut.

5. At said time and place, defendant, John Glover was operating a Mack truck bearing Oklahoma license plate number 2XM276 which was also traveling on Interstate 91 a public street or highway located in the Town of Wallingford, County of New Haven and State of Connecticut.

6. At said time and place, defendant, ABF Freight System, Inc. was the owner of the Mack truck bearing Oklahoma license plate number 2XM276.

7. At said time and place, defendant, John Glover was an employee, agent, servant, family member of ABF Freight System, Inc. and among other tasks performed at the direction and control of ABF Freight System, Inc. was operating the vehicle in the performance of services for ABF Freight System, Inc. with the authorization, knowledge, permission and/or consent of the defendant, ABF Freight System, Inc. and at all times material hereto, was operating said automobile within the scope of his general authority and permission to do so from the defendant, ABF Freight System, Inc.

8. At said time and place, John Glover while operating the Mack truck did violently, suddenly and without warning smash into the rear of the vehicle plaintiff, Arhely Gonzalez-Cuevas operated causing her to suffer the injuries and losses described below.

9. Said collision and injuries sustained by plaintiff, Arhely Gonzalez-Cuevas were caused by the negligence and carelessness of the defendant, John Glover in one

or more of the following ways:

   a. defendant failed to keep the vehicle under proper and reasonable control;

   b. defendant failed to keep a proper and reasonable lookout for other motor vehicles upon the highway;

   c. defendant failed to apply brakes in time to avoid a collision, although by a proper and reasonable exercise of his faculties, he could have done so;

   d. defendant followed the vehicle plaintiff operated more closely than was reasonable and prudent, without having regard for the speed of such vehicles and the traffic on the highway in violation of Connecticut General Statutes §14-240 for which he received a traffic citation;

   e. defendant failed to turn the motor vehicle so as to avoid a collision;

   f. defendant operated the vehicle at an unreasonable rate of speed without having regard to the width, traffic, and use of the highway, and weather conditions in violation of Connecticut General Statutes §14-218a;

   g. defendant operated the motor vehicle when it was not equipped with adequate brakes, or when said brakes were not in good working condition, in violation of Connecticut General Statues §14-80h;

   h. defendant failed to sound the horn or otherwise warn of his impending approach;

   I. defendant was inattentive to his driving;

   j. defendant failed to make proper use of his faculties and senses so as to avoid the aforementioned incident;

   k. defendant failed under all the circumstances then and there existing to take reasonable and proper precautions to avoid the probability of harm to the plaintiff; and

    l.    defendant violated Connecticut General Statutes §14-98(a) by operating said motor vehicle without proper or sufficient tires when the same were reasonably necessary under the circumstances.

10. As a result of the collision which was caused by the negligence and carelessness of the defendant, John Glover as described above, plaintiff, Arhely Gonzalez-Cuevas sustained injuries including but not limited to:

    a.    neck injury;

    b.    back injury;

    c.    restricted ranges of motion;

    d.    headaches;

    e.    multiple bodily contusions;

    f.    radiating pain;

    g.    reversal of the normal cervical lordosis;

    h.    shoulder injury;

    i.    scalp contusion;

    j.    transverse process fracture;

    k.    C5-6 disc herniation;

    l.    spasm and tenderness; and

    m.    pain, shock and trauma

11. From all of the injuries and effects thereof, plaintiff was rendered sore, sick and disabled and is suffering and will continue to suffer from persistent pain, discomfort, soreness, aches, emotional upset and limitation of motion and restriction of activity. Furthermore, some of the injuries which plaintiff sustained are permanent in nature.

12. As a further result of the injuries sustained, plaintiff incurred expenses for treatment by physicians, therapy, diagnostic testing, etc., all to her special damage and may be required to expend further expenses for such treatments and medications in the future, all to her special damage. Plaintiff's capacity to carry out and enjoy life's activities has been permanently impaired and diminished and her capacity to earn income has been reduced.

## COUNT TWO - ARHELY GONZALEZ-CUEVAS v. ABF FREIGHT SYSTEM, INC.

1-12. Plaintiff, Arhely Gonzalez-Cuevas hereby realleges and incorporates paragraphs 1 through 12 of Count One as paragraphs 1 through 12 of this Count Two as fully set forth herein.

13. At all times material hereto, defendant, ABF Freight System, Inc., was the owner of the Mack truck bearing Oklahoma license plate number 2XM276.

14. At all times material hereto, defendant, John Glover was operating the

Mack truck bearing Oklahoma license plate number 2XM276 owned by defendant, ABF Freight System, Inc., with permission.

15. At all times material hereto, defendant, John Glover was operating the Mack truck owned by defendant, ABF Freight System, Inc., as agent, servant, family member and/or employee.

16. The defendant, ABF Freight System, Inc., is liable to the plaintiff, Arhely Gonzalez-Cuevas, pursuant to the Connecticut General Statutes §52-182 and/or §52-183.

17. From all of the injuries and effects thereof, plaintiff was rendered sore, sick and disabled and is suffering and will continue to suffer from persistent pain, discomfort, soreness, aches, emotional upset and limitation of motion and restriction of activity. Furthermore, some of the injuries which plaintiff sustained are permanent in nature.

18. As a further result of the injuries sustained, plaintiff incurred expenses for treatment by physicians, therapy, diagnostic testing, etc., all to her special damage and may be required to expend further expenses for such treatments and medications in the future, all to her special damage. Plaintiff's capacity to carry out and enjoy life's activities has been permanently impaired and diminished and her capacity to earn income has been reduced.

WHEREFORE, the plaintiff claims the following:

1. Monetary damages;

2. Costs of this action; and

3. Any other relief, legal or equitable, that the Court deems just and fair.

PLAINTIFF, ARHELY GONZALEZ-CUEVAS

By:_____
Michael R. Denkovich, Esq.
Bradley, Denkovich & Karayiannis, PC
853 Fairfield Avenue
Bridgeport, CT 06606
Tel: (203) 212-3617
Firm Juris #437737

Thomas A. Lyons
State Marshal
Fairfield County
A True Copy Attest

| | | |
|---|---|---|
| RETURN DATE: JULY 30, 2019 | : | SUPERIOR COURT |
| ARHELY GONZALEZ-CUEVAS | : | J.D. OF FAIRFIELD |
| v. | : | AT BRIDGEPORT |
| JAMES GLOVER and ABF FREIGHT SYSTEM, INC. | : | JUNE 17, 2019 |

## STATEMENT OF AMOUNT IN DEMAND

The plaintiff seeks damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

PLAINTIFF, ARHELY GONZALEZ-CUEVAS

By:_____
Michael R. Denkovich, Esq.
Bradley, Denkovich & Karayiannis, PC
853 Fairfield Avenue
Bridgeport, CT 06606
Tel: (203) 212-3617
Firm Juris #437737

Thomas A. Lyons
State Marshal
Fairfield County
A True Copy Attest

# EXHIBIT B

| | |
|---|---|
| DOCKET NO.: NOT YET ASSIGNED | SUPERIOR COURT |
| | J.D. OF FAIRFIELD |
| ARHELY GONZALEZ-CUEVAS | |
| | AT BRIDGEPORT |
| v. | |
| | |
| JAMES GLOVER, ET AL. | |

### NOTICE OF REMOVAL TO FEDERAL COURT

NOW COME defendants JAMES GLOVER and ABF FREIGHT SYSTEM, INC., by and through their undersigned counsel, and hereby provide notice that they have this date filed a petition for removal of this matter with the United States District Court, District of Connecticut. A copy of said Petition (without exhibits) is attached hereto as Exhibit A.

The defendants respectfully request that this notice be docketed and that proceedings in this Court be discontinued.

          Respectfully submitted,

          DEFENDANTS,
          JAMES GLOVER AND
          ABF FREIGHT SYSTEM, INC.

By: *413253*
    Michael P. Kenney, Esq.
    Ryan Ryan Deluca LLP
    CityPlace II
    185 Asylum Street, 6th Floor
    Hartford, CT 06103
    Juris No. 436612
    Phone: 860-785-5150

Case 3:19-cv-01034-RNC   Document 1   Filed 06/28/19   Page 18 of 18

## CERTIFICATE OF SERVICE

I hereby certify that on _____, 2019, a copy of the above was mailed and/or e-mailed to the following counsel and pro se parties of record:

Michael R. Denkovich, Esq.
Bradley, Denkovich & Karayiannis, PC
853 Fairfield Avenue
Bridgeport CT 06606
*Attorneys for the Plaintiff*

                         *413253*
                       Michael P. Kenney, Esq.

S:\RyanSTI0408\LIT\DOCS\path.rtf
8060.020