IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARHELY GONZALEZ-CUEVAS,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES GLOVER AND<br>ABF FREIGHT SYSTEM, INC.,<br><br>        Defendants. | CASE NO.:<br>3:19-cv-1034-RNC<br><br><br>**ANSWER TO**<br>**COMPLAINT**<br><br><br>NOVEMBER 7, 2019 |

NOW COME defendants Justin Knowlton and Pottle's Transportation, LL, by and through their undersigned counsel, and for their answer to the Plaintiff's complaint dated Plaintiff's Complaint dated June 17, 2019 [ECF No. 1, Exhibit A] hereby state and allege as follows:

Count One – Arhely Gonzalez-Cuevas v. James Glover

    1.    The Defendants are without sufficient information or knowledge to admit or deny the allegations of paragraph 1 and, therefore, leave the Plaintiff to her proof.

    2.    Admitted.

    3.    Admitted.

    4.    The Defendants are without sufficient information or knowledge to admit or deny the allegations of paragraph 4 and, therefore, leave the Plaintiff to her proof.

    5.    Admitted.

6. Admitted.

7. Admitted.

8. The allegations of Paragraph 8 are denied as phrased. The Defendants admit that there was contact between the front of the defendant vehicle and the rear of the plaintiff vehicle.

9. The allegations of Paragraph 9.d. are admitted, excepting the words "and injuries sustained by plaintiff, Arhely Gonzalez-Cuevas". As to the excepted words, the Defendants are without sufficient information or knowledge to admit or deny the same and, therefore, leave the Plaintiff to her proof.

The allegations of Paragraphs 9.a. - 9.c., and 9.e. through 9.l. are denied.

10. The Defendants are without sufficient information or knowledge to admit or deny the allegations of paragraph 10 and, therefore, leave the Plaintiff to her proof.

11. The Defendants are without sufficient information or knowledge to admit or deny the allegations of paragraph 11 and, therefore, leave the Plaintiff to her proof.

12. The Defendants are without sufficient information or knowledge to admit or deny the allegations of paragraph 12 and, therefore, leave the Plaintiff to her proof.

Count Two – Arhely Gonzalez-Cuevas v. ABF Freight System, Inc.

1. The Defendants are without sufficient information or knowledge to admit or deny the allegations of paragraph 1 and, therefore, leave the Plaintiff to her proof.

2. Admitted.

3. Admitted.

4. The Defendants are without sufficient information or knowledge to admit or deny the allegations of paragraph 4 and, therefore, leave the Plaintiff to her proof.

5. Admitted.

6. Admitted.

7. Admitted.

8. The allegations of Paragraph 8 are denied as phrased. The Defendants admit that there was contact between the front of the defendant vehicle and the rear of the plaintiff vehicle.

9. The allegations of Paragraph 9.d. are admitted, excepting the words "and injuries sustained by plaintiff, Arhely Gonzalez-Cuevas". As to the excepted words, the Defendants are without sufficient information or knowledge to admit or deny the same and, therefore, leave the Plaintiff to her proof.

The allegations of Paragraphs 9.a. - 9.c., and 9.e. through 9.l. are denied.

10. The Defendants are without sufficient information or knowledge to admit or deny the allegations of paragraph 10 and, therefore, leave the Plaintiff to her proof.

11. The Defendants are without sufficient information or knowledge to admit or deny the allegations of paragraph 11 and, therefore, leave the Plaintiff to her proof.

12. The Defendants are without sufficient information or knowledge to admit or deny the allegations of paragraph 12 and, therefore, leave the Plaintiff to her proof.

13. Admitted.

14. Admitted.

15. Admitted that at the time of the accident Defendant James Glover was operating his vehicle in his capacity as an employee of Defendant ABF Freight System, Inc.

16. The allegations of Paragraph 16 purport to state a legal conclusion. Therefore, the defendants neither admit nor deny the same, but leave the plaintiff to her proof.

17. The Defendants are without sufficient information or knowledge to admit or deny the allegations of paragraph 17 and, therefore, leave the Plaintiff to her proof.

18. The Defendants are without sufficient information or knowledge to admit or deny the allegations of paragraph 18 and, therefore, leave the Plaintiff to her proof.

## JURY CLAIM

Pursuant to FED.R.CIV.P. 38, the defendants respectfully demand trial by jury on all issues so triable.

Respectfully submitted,

By: /s/ *Michael P. Kenney*
Michael P. Kenney
Federal Bar No. ct26768
RYAN RYAN DELUCA LLP
185 Asylum St., 6th Floor
Hartford CT 06103
Ph: 860-785-5157
mpkenney@ryandelucalaw.com

Date: November 6, 2019

5

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARHELY GONZALEZ-CUEVAS, | CASE NO.: 3:19-cv-1034-RNC |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| JAMES GLOVER AND ABF FREIGHT SYSTEM, INC., | |
| Defendants. | NOVEMBER 7, 2019 |

     I hereby certify that on November 7, 2019, a copy of the foregoing document was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                                            /s/ *Michael P. Kenney*
                                            Michael P. Kenney
                                            Fed. Bar No. ct26768